IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.255.22.44

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/18/2018 03:52:35 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 05/24/2018 14:10:24 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 04/30/2018 13:47:18 | C8C692FF2146E2D238037AA2FEA950EB22CB0DE0 | In The Mood |
| 04/13/2018 11:12:32 | AFB45360C3A3887DCFCF38289F4525EAD9CD3661 | Hot Blooded |
| 03/27/2018 02:40:55 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

STX190